# EXHIBIT 4

# WORLD FUEL SERVICES

A TRADE NAME/DIVISION OF OF WORLD FUEL SERVICES ARGENTINA S.R.L.
JUAN MARIA GUTIERREZ 3765, PISO 7, OFICINA 703
C1425ARA - BUENOS AIRES, ARGENTINA
VAT 30-71131536-1

M/V OCCITAN SKY AND/OR HER OWNERS/OPERATORS AND
ALBERTA NAVIGATION LIMITED
SOKRATOUS 97
ATHENS 176 72
GREECE



|  | INVOICE / FACTURA | |
|---|---|---|
| CUSTOMER NO /<br>NO DE CLIENTE | INVOICE NO /<br>NO DE FACTURA | PAGE NO /<br>NO DE PÁGINA |
| 664648 | 11401-32411 | 1 - 1 |
|  | INVOICE DATE /<br>FECHA DE FACTURA | |
|  | 14-NOV-22 | |

Tel: (54-11) 4843-7425 Fax: (54-11) 4843-7427
Internet: www.wfscorp.com

**WIRE TRANSFER FUNDS TO/TRANSFERIR MONTO VIA CABLE A:**
Bank of America N.A. NEW YORK, NY
SWIFT: BOFAUS3N
FedWire ABA: 026009593
ACH ABA: USABA
ACCT: World Fuel Services Europe, Ltd
ACCT# 5800678517
ALL BANK CHARGES ARE FOR SENDERS ACCOUNT

| LIFT DATE/<br>FECHA DE ENTREGA | BDR NO /<br>BDR NO | ORDER NO /<br>NO DE ORDEN | PO NO /<br>NO DE POI | TERMS/<br>TERMINOS DE CRÉDITO |
|---|---|---|---|---|
| 03-NOV-22 | 3858 | N/A | 3310795 | 30 DDD BY TT |

| VESSEL/<br>NAVE | PORT /<br>PUERTO | COUNTRY/<br>PAIS | DESTINATION/<br>DESTINO | ITEM NO /<br>NO DE ITEM | DUE DATE/<br>FECHA DE VENCIMIENTO |
|---|---|---|---|---|---|
| OCCITAN SKY | ZONA COMUN | ARGENTINA | TBN | N/A | 03-DEC-22 |

| DESCRIPTION/<br>DESCRIPCIÓN | QUANTITY/<br>CANTIDAD | CONTRACT NO /<br>NO DE CONTRATO | | | | |
|---|---|---|---|---|---|---|
| | | UNIT PRICE/<br>PRECIO UNITARIO | | EXTENDED AMOUNT/<br>SUBTOTAL | | |
| | | | | TAX AMOUNT/<br>IMPUESTOS | | INVOICE AMOUNT/<br>TOTAL FACTURADO |
| VLSFO / ISO 8217: 2010 RMG380 MAX 0.50% | 279.9920 MTN<br>802.000000 USD/MTN | N/A<br> | ARS 35,425,572.78 | USD 224,553.58 | ARS 0.00 | USD 0.00 |

| | | | ARS 35,425,572.78 | USD 224,553.58 | ARS 0.00 | USD 0.00 |

This transaction is subject to the terms and conditions of sale set forth at https://www.wfscorp.com/Marine/pdf/Marine-Terms.pdf
WE WILL ASSUME THIS INVOICE TO BE CORRECT UNLESS WE RECEIVE WRITTEN NOTICE FROM YOU WITHIN 14 DAYS FROM THE INVOICE DATE.
A CHARGE SHALL ACCRUE AT A RATE EQUAL TO THE LESSER OF 2% PER MONTH, OR THE MAXIMUM RATE PERMITTED BY APPLICABLE LAW ON AMOUNTS PAST DUE.

Please note that World Fuel Services is consolidating its brands. As a result, you may notice that the brand name or logo changes on certain documents. Rest assured that this branding change does not change the legal entity. The legal entity you
are contracted to work with will remain your contractual partner at all times.

| MAIL INSTRUCTIONS/<br>MODO DE ENVIO | EXCHANGE RATE/<br>TIPO DE CAMBIO | COUNTRY SEQUENCE NO /<br>NO DE SECUENCIA | CUSTOMER PO NO<br>ORDEN DE COMPRA | PLEASE REMIT THIS AMOUNT/<br>FOR FAVOR PAGAR ESTE MONTO |
|---|---|---|---|---|
| REGULAR MAIL / CORREO REGULAR | 157.76000 ARS/USD | AR-32411-2211-35477 | N/A | USD 224,553.58 |